# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Eon-Net, L.P.,

Plaintiff,

-v-

J. Crew Inc.,

Defendant.

Case No. 07-CV-10488

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Eon-Net, L.P.                                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

Date: 11/19/07

**Signature of Attorney**
Jean-Marc Zimmerman

**Attorney Bar Code:** (JZ 7743)

Form Rule7_1.pdf SDNY Web 10/2007