UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

EON-NET, L.P.,

                        Plaintiff,

                v.

J. CREW INC.,

                        Defendant.

------------------------------------------------------------ X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

07 Civ. 10488 (PKC)

## STIPULATION AND ORDER

Plaintiff, Eon-Net, L.P. and defendant J. Crew Inc., by their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiff has served upon Defendant its complaint in the above-captioned action (the "Complaint"); and

WHEREAS, Plaintiff and Defendant agree to extend the deadline for Defendant to serve its answer or otherwise respond to the Complaint to January 21, 2008.

NOW, THEREFORE, it is hereby agreed as follows:

1.     Defendant shall have until January 21, 2008 to serve its answer or otherwise respond to the Complaint.

2.   The undersigned counsel represent that this is the first request for an extension of the deadline for Defendant to serve its answer or otherwise respond to the Complaint.

Dated: New York, New York
December 15, 2007

ZIMMERMAN, LEVI & KORSINSKY, L.P.

By _____
Jean-Marc Zimmerman (JZ 7743)

226 St. Paul Street
Westfield, New Jersey 07090
908-654-8000

Attorneys for Plaintiff

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Lawrence B. Friedman (LF 9978)

One Liberty Plaza
New York, New York 10006
212-225-2000

Attorneys for Defendant

SO ORDERED:
_____
U.S.D.J.
12-20-07

2