CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · BEIJING

Writer's Direct Dial: (212) 225-2840
E-Mail: lfriedman@cgsh.com

*[names of attorneys listed in right margin columns]*

**USDS SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** _12/21/07_

# MEMO ENDORSED

December 19, 2007

BY HAND

Hon. P. Kevin Castel
United States District Court for the Southern
District of New York
500 Pearl Street
New York, NY 10007-1312

*[handwritten endorsement across page]*

Re: Eon-Net, L.P. v. J. Crew Inc., 07 Civ. 10488 (PKC)

Dear Judge Castel:

This firm represents defendant J. Crew Inc. in the above-referenced patent infringement lawsuit. I am enclosing for the Court's approval a stipulation signed by all parties, providing for an extension of J. Crew's time to respond to the complaint, the first such extension, from today to January 21, 2008.

Further, subject to the Court's approval of the enclosed stipulation, we also respectfully request that the Court reschedule the initial pretrial conference currently set for January 18, 2008 at 9:30 a.m., so that this conference can be held only after J. Crew has responded to the complaint. Plaintiff's counsel has informed me that he has no objection to this request.

Respectfully,

Lawrence B. Friedman

Enclosure

cc:  Jean-Marc Zimmerman, Esq.