UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                                                  :

EON-NET, L.P.,                                           :

                    Plaintiff,                    :          07 Civ. 10488 (PKC)

                            v.                              :

J. CREW INC.,                                          :

                    Defendant.                :

------------------------------------------------------------------ X

# RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT J. CREW INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant J. Crew Inc. ("J. Crew") hereby makes the following disclosure:

J. Crew Operating Corp. is the parent company of J. Crew. J. Crew Group, Inc. is the parent company of J. Crew Operating Corp. Shares of common stock of J. Crew Group, Inc. are publicly traded on the New York Stock Exchange. Besides J. Crew Operating Corp., no company or person owns more than ten percent of J. Crew's stock.

Dated: New York, New York
January 22, 2008

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:    /s Lawrence B. Friedman
      Lawrence B. Friedman
      A Member of the Firm

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for Defendant J. Crew Inc.