UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
EON-NET, L.P.,

                Plaintiff,

         v.

J. CREW INC.,

                Defendant.
------------------------------------------------------------------ X

07 Civ. 10488 (PKC)

CERTIFICATE OF SERVICE

        I, Richard V. Conza, an attorney admitted to practice before this Court, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

        1.  On the 22nd day of January 2008, a copy of the Defendant J. Crew Inc.'s Answer was served by Federal Express upon:

> Jean-Marc Zimmerman, Esq.
> Zimmerman, Levi & Korinsky, L.L.P.
> 226 St. Paul Street
> Westfield, NJ 07090

        2.  This service was made by an assistant managing clerk of this firm under my general supervision.

Dated:  New York, New York
           January 23, 2008

                                                  /s/Richard V. Conza
                                                     Richard V. Conza