UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

EON-NET, L.P.,

               Plaintiff,

              v.

J. CREW INC.,

               Defendant.

------------------------------------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08

07 Civ. 10488 (PKC)

JUL 3 1 2008

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

counsel for all of the parties in the above-captioned matter that, pursuant to Federal Rule of Civil

Procedure 41(a)(1), the claims of plaintiff Eon-Net, L.P. be, and the same hereby are, dismissed

with prejudice, and without costs to any party.

Dated: New York, New York
       July 30, 2008

                    ZIMMERMAN, LEVI & KORSINSKY, LLP

                    By: *Jean-Marc Zimmerman/kc*
                             Jean-Marc Zimmerman

                    226 St. Paul Street
                    Westfield, NJ 07090
                    (908) 654-8000

                    Attorneys for Eon-Net, L.P.

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____

Lawrence B. Friedman
A Member of the Firm

One Liberty Plaza
New York, NY 10006
(212) 225-2000

Attorneys for J. Crew Inc.

SO ORDERED.

_____

United States District Judge
Dated: $\beta-3$ , 2008

2